1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )     2:07-CV-1290 GEB/GGH
                                     )
12            Plaintiff,             )
                                     )     JOINT STATUS REPORT,
13       v.                          )     REQUEST FOR STAY, AND
                                     )     **ORDER THEREON** [PROPOSED]
14  APPROXIMATELY $9,000.00 IN U.S.  )
    CURRENCY, and                    )
15                                   )
    APPROXIMATELY $4,580.00 IN U.S.  )
16  CURRENCY,                        )
                                     )     DATE:     October 1, 2007
17            Defendants.            )     TIME:      9:00 a.m.
    _____)     COURTROOM:# 10
18

19       The parties submit the following Joint Status Report,

20  Request for Stay, and Order Thereon (Proposed)pursuant this

21  Court's June 29, 2007, order:

22       **a.   Service**:

23       The forfeiture complaint in rem was served on all

24  individuals believed to have an interest in the defendant

25  currency.

26       In addition, notice of this action was published in the

27  Inner City Press, a newspaper of general circulation in Alamada

28  County, and in The Recorder, a newspaper of general circulation

                                1

1  in San Francisco County.

2  **b.    Possible joinder of additional parties:**

3  Wei Jie Ma and Cindy Woo have filed claims to the defendant

4  currency, and filed answers to the Complaint For Forfeiture <u>In</u>

5  <u>Rem</u>.   Plaintiff does not anticipate joining additional parties.

6  **c.    Any expected or desired amendment of pleadings:**

7  None anticipated at this time.

8  **d.    Jurisdiction and venue:**

9  This Court has jurisdiction in this matter pursuant to 28

10  U.S.C. §§ 1345 and 1355.   This Court has venue pursuant to 28

11  U.S.C. § 1395 and 21 U.S.C. §  881(j).

12  **e.    Anticipated motions and suggested dates:**

13  In light of the parties' joint request for a 6-month stay

14  (see below), the parties do not request that motion dates be

15  scheduled at this time.

16  **f.    Anticipated and outstanding discovery:**

17  (1)  What changes should be made in the timing,
       form, or requirement for disclosures under
18       Rule 26(a), including a statement as to when
       disclosures under subdivision (a)(1) were
19       made or will be made:

20  (2)  The subjects on which discovery may be
       needed, when discovery should be completed,
21       and whether discovery should be conducted in
       phases or be limited to or focused upon
22       particular issues:

23  (3)  What changes should be made in the
       limitations on discovery imposed under the
24       Federal Rules of Civil Procedure of the Local
       Rules, and what other limitations should be
25       imposed:

26  As of the December 1, 2006, amendments to Rule 26 of the

27  Federal Rules of Civil Procedure, civil forfeiture actions are

28  now exempt from the initial disclosure requirements applicable to

2

1 most other civil actions.  See Fed.R.Civ.P. 26(a)(1)(E)(ii).

2       In addition, rather than fully schedule this case at this

3 time, the parties jointly request a 6-month stay of further

4 proceedings in this matter.

5       The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1),

6 981(g)(2) and 21 U.S.C. § 881(i).   The plaintiff contends that

7 the defendant currency is the proceeds of drug trafficking or was

8 intended to facilitate violations of the Controlled Substances

9 Act.

10       Claimant Ma was indicted on January 25, 2007, in the Eastern

11 District of California on one count of "Conspiracy to Manufacture

12 and Possess with Intent to Distribute at Least 1,000 Marijuana

13 Plants," and one count of "Manufacturing at Least 1,000 Marijuana

14 Plants." United States v. Wei Jie Ma, et al., 2:07-CR-0025 WBS.

15       Plaintiff intends to depose claimant Ma regarding his claim

16 and the source of the seized currency.  If discovery proceeds at

17 this time, claimant will be placed in the difficult position of

18 either invoking his Fifth Amendment right against self-

19 incrimination and losing the ability to pursue his claim to the

20 defendant currency, or waiving his Fifth Amendment right and

21 submitting to a deposition and potentially incriminating himself.

22 If he invokes his Fifth Amendment right, the plaintiff will be

23 deprived of the ability to explore the factual basis for the

24 claim he filed with this court.

25       In addition, claimants intends to depose the law enforcement

26 officers involved in the investigation that led to claimant Ma's

27 indictment.  Allowing depositions of the law enforcement officers

28 at this time would adversely affect the ability of federal

1  authorities to prosecute the criminal case.

2       Accordingly, the parties recognize that proceeding with

3  this action at this time has potential adverse affects on the

4  investigation of the underlying criminal conduct and/or upon

5  claimant's ability to prove his claim to the property and assert

6  any defenses to forfeiture.  For these reasons, the parties

7  jointly request that this matter be stayed for 6 months.  At that

8  time the parties will advise the court of the status of the

9  criminal case and will advise the court whether a further stay is

10 necessary.

11       **g.    Scheduling of future proceedings, including
                 suggested timing of the disclosure of expert**
12       **       witnesses and information required by Rule
                 26(a)(2), completion dates for discovery and**
13       **       law and motion, and dates for final pretrial
                 conference and trial:**
14

15      In light of the requested stay, the parties ask that the

16 case not be scheduled at this time.

17       **i.    Estimate of trial time**:

18      Plaintiff estimates that a trial of this matter would take

19 no more than 3 days.

20       **j.    Appropriateness of special procedures**:

21      Not applicable.

22       **k.    Modification of standard pretrial procedures
                 because of the relative simplicity or**
23       **       complexity of the action or proceedings**:

24      Not applicable.

25       **l.    Whether the case is related to any other
                 case, including any matters in bankruptcy**:
26

27      This case is related to United States v. Wei Jie Ma, et al.,

28 2:07-CR-0025 WBS.

1     **m.**     **Prospects for settlement:**

2     The parties are unable to assess the likelihood of

3 settlement at this time.

4     **n.**     **Any other matters that may add to the just
              and expeditious disposition of this matter:**

5

6     None.

7 DATED: September 17, 2007         McGREGOR W. SCOTT
                                          United States Attorney

8

9
                                   By:  /s/ Kristin S. Door
10                                        KRISTIN S. DOOR
                                       Assistant U.S. Attorney
11                                        Attorney for plaintiff
                                       United States of America

12

13

14 DATED: September 17, 2007         /s/ Stuart Hanlon
                                       STUART HANLON
15                                        Attorney for claimants
                                       Wei Jie Ma and Cindy Woo

16

17                                       **ORDER**

18     For the reasons set forth above, this matter is stayed

19 pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. §

20 881(i) for six months.  On or before April 1, 2008 the parties

21 will advise the Court whether a further stay is necessary.

22     The scheduling conference scheduled for October 1, 2007, is

23 reschedule for April 28, 2008, at 9:00 a.m.  A joint status

24 /

25 /

26 /

27 /

28 /

1

2

3

4    report is to be filed fourteen days prior to the hearing.

5    IT IS SO ORDERED.

6    September 26, 2007

7

8    _____
     GARLAND E. BURRELL, JR.

9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28