1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   2:07-CV-1290 GEB/GGH
                                    )
11          Plaintiff,              )
                                    )   JOINT REQUEST TO EXTEND
12     v.                           )   STAY,
                                    )   **ORDER THEREON** [PROPOSED]
13 APPROXIMATELY $9,000.00 IN U.S.  )
   CURRENCY, and                    )
14                                  )
   APPROXIMATELY $4,580.00 IN U.S.  )
15 CURRENCY,                        )
                                    )   DATE:    April 28, 2008
16          Defendants.             )   TIME:     9:00 a.m.
                                    )   COURTROOM:10
17

18      Plaintiff United States of America and claimants Wei Jie Ma

19 and Cindy Woo submit the following Joint Request to Extend Stay,

20 and Order Thereon (Proposed) pursuant to this Court's September

21 26, 2007, order.

22      On September 17, 2007, the parties submitted a joint request

23 for a 6-month stay due to criminal charges pending against

24 claimant Ma in this district (one count of "Conspiracy to

25 Manufacture and Possess with Intent to Distribute at Least 1,000

26 ///

27 ///

28 ///

                                 1

1  Marijuana Plants," and one count of "Manufacturing at Least 1,000

2  Marijuana Plants."  <u>United States v. Wei Jie Ma</u>, et al., 2:07-CR-

3  0025 WBS.  Trial in this matter is now scheduled for October 6,

4  2008.

5      For these reasons, the parties jointly request that this

6  matter be stayed an additional 6 months.  At that time the

7  parties will advise the court of the status of the criminal case

8  and will advise the court whether a further stay is necessary.

9  DATED: March 31, 2008                McGREGOR W. SCOTT
                                        United States Attorney
10
                                 By:  <u>/s/ Kristin S. Door</u>
11                                      KRISTIN S. DOOR
                                        Assistant U.S. Attorney
12                                      Attorney for plaintiff
                                        United States of America
13

14 DATED: April 1, 2008                 <u>/s/ Stuart Hanlon</u>
                                        STUART HANLON
15                                      Attorney for claimants
                                        Wei Jie Ma and Cindy Woo
16                                      (Original signature maintained
                                        by counsel for plaintiff)

17

18

19                              **ORDER**

20

21      For the reasons set forth above, this matter is stayed

22  pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C.

23  § 881(i) for six months.  On or before <u>October 1, 2008</u>, the

24  parties will advise the Court whether a further stay is

25  necessary.

26      The scheduling conference scheduled for April 28, 2008, is

27  ///

28  ///

2

1  rescheduled to October 27, 2008.  A joint status report is to

2  be filed fourteen days prior to the hearing.

3  IT IS SO ORDERED.

4  Dated:  April 2, 2008

5

6  _____
   GARLAND E. BURRELL, JR.

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28