McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>         Plaintiff,                )<br>                                   )<br>     v.                            )<br>                                   )<br> APPROXIMATELY $9,000.00 IN U.S.   )<br> CURRENCY, and                     )<br>                                   )<br> APPROXIMATELY $4,580.00 IN U.S.   )<br> CURRENCY,                         )<br>                                   )<br>                                   )<br>         Defendants.               )<br> _____ ) | 2:07-CV-1290 GEB/GGH<br><br>JOINT REQUEST TO EXTEND STAY,<br>**ORDER THEREON** [PROPOSED]<br><br><br><br><br>DATE:   October 27, 2008<br>TIME:   9:00 a.m.<br>COURTROOM:10 |

     Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo submit the following Joint Request to Extend Stay and Order Thereon (Proposed).

     On April 1, 2008, the parties submitted a joint request for a 6-month stay due to criminal charges pending against claimant Ma in this district (one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000 Marijuana Plants." <u>United States v. Wei Jie Ma</u>, et al., 2:07-CR-0025 WBS.  At that time trial in this matter was scheduled for

1

1  October 6, 2008.

2      On September 19, 2008, claimant Wei Jie Ma pled guilty
3  to federal drug trafficking charges, and is now scheduled to be
4  sentenced on December 12, 2008.  For these reasons, the parties
5  jointly request that this matter be stayed an additional three
6  months.  Assuming that claimant is sentenced as scheduled, the
7  parties will then ask the court to lift the stay and fully
8  schedule this case.

```
DATED: October 10, 2008            McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/ Kristin S. Door
                                   KRISTIN S. DOOR
                                   Assistant U.S. Attorney
                                   Attorney for plaintiff
                                   United States of America

DATED: October 10, 2008            /s/ Stuart Hanlon
                                   STUART HANLON
                                   Attorney for claimants
                                   Wei Jie Ma and Cindy Woo
                                   (Original signature maintained
                                   by counsel for plaintiff)
```

**ORDER**

   For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for three months.  On or before January 10, 2009, the parties will advise the Court whether a further stay is necessary.

   The scheduling conference scheduled for October 27, 2008, is rescheduled to February 2, 2009, at 9:00 a.m.  A joint status
///

2

1 | report is to be filed fourteen days prior to the hearing.
2 |     IT IS SO ORDERED.
3 | Dated: October 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge