```
LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,              )<br>                                  )<br>     v.                           )<br>                                  )<br>APPROXIMATELY $9,000.00 IN U.S.   )<br>CURRENCY, and                     )<br>                                  )<br>APPROXIMATELY $4,580.00 IN U.S.   )<br>CURRENCY,                         )<br>                                  )<br>          Defendants.             )<br>_____) | 2:07-CV-1290 GEB/GGH<br><br>JOINT REQUEST TO EXTEND STAY,<br>**ORDER THEREON** [PROPOSED]<br><br><br><br><br>DATE: February 2, 2009<br>TIME: 9:00 a.m.<br>COURTROOM:10 |

Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo submit the following Joint Request to Extend Stay and Order Thereon (Proposed).

On October 16, 2008, the parties submitted a joint request for a 6-month stay due to criminal charges pending against claimant Ma in this district (one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000 Marijuana Plants." <u>United States v. Wei Jie Ma</u>, et al., 2:07-CR-0025 EJG.  At that time claimant Wei Jie Ma was awaiting

1

1  sentencing on federal drug traffickihg charges, and was scheduled
2  to be sentenced on December 12, 2008.  However, the sentencing
3  has been continued to February 20, 2009.  Accordingly, the
4  parties jointly request that this matter be stayed an additional
5  three months.  Assuming that claimant is sentenced as scheduled,
6  the parties
7  //
8  //

will then ask the court to lift the stay and fully schedule this case.

DATED: January 15, 2009                    LAWRENCE G. BROWN
                                           Acting United States Attorney

                                    By:    /s/ Kristin S. Door
                                           KRISTIN S. DOOR
                                           Assistant U.S. Attorney
                                           Attorney for plaintiff
                                           United States of America

DATED: January 15, 2009                    _____
                                           STUART HANLON
                                           Attorney for claimants
                                           Wei Jie Ma and Cindy Woo
                                           (Original signature maintained
                                           by counsel for plaintiff)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for three months.

The scheduling conference scheduled for February 2, 2009, is rescheduled to May 11, 2009. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: January 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3