LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CV-1290 GEB/GGH |
| Plaintiff, | |
| v. | JOINT REQUEST TO EXTEND STAY, |
| | **ORDER THEREON** [PROPOSED] |
| APPROXIMATELY $9,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $4,580.00 IN U.S. CURRENCY, | |
| | DATE: May 11, 2009 |
| Defendants. | TIME: 9:00 a.m. |
| | COURTROOM:10 |

Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo submit the following Joint Request to Extend Stay and Order Thereon (Proposed).

On January 21, 2009, the parties submitted a joint request to extend the stay previously entered in this action due to criminal charges pending against claimant Ma in this district (one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000 Marijuana Plants." <u>United States v. Wei Jie Ma</u>, et al., 2:07-CR-0025 EJG. At that time claimant

Wei Jie Ma was awaiting sentencing on federal drug trafficking charges, and was scheduled to be sentenced on February 20, 2009. Ma's sentencing has been continued again and is now scheduled for July 10, 2009. Accordingly, the parties jointly request that this matter be stayed an additional three months. Assuming that claimant is sentenced as scheduled, the parties will then ask the court to lift the stay and fully schedule this case.

DATED: April 27, 2009  LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Kristin S. Door
KRISTIN S. DOOR
Assistant U.S. Attorney
Attorney for plaintiff
United States of America

DATED: April 27, 2009  LAW OFFICES OF HANLON & RIEF

By: /s/ Sara Rief
SARA RIEF
Attorney for claimants
Wei Jie Ma and Cindy Woo

(Original signature maintained by counsel for plaintiff)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for three months.

The scheduling conference scheduled for May 11, 2009, is rescheduled to August 24, 2009, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: April 28, 2009

GARLAND E. BURRELL, JR.
United States District Judge