LAWRENCE G. BROWN
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $4,580.00 IN U.S. CURRENCY,<br><br>   Defendants. | 2:07-CV-1290 EJG/GGH<br><br>JOINT REQUEST TO EXTEND STAY,<br>**ORDER THEREON**<br><br><br><br>DATE: August 21, 2009<br>TIME: 9:00 a.m.<br>COURTROOM:10 |

    Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo submit the following Joint Request to Extend Stay and Order Thereon (Proposed).

    On April 28, 2009, the parties submitted a joint request to extend the stay previously entered in this action due to criminal charges pending against claimant Ma in this district (one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000 Marijuana Plants." United States v. Wei Jie Ma, et al., 2:07-CR-0025 EJG.  At that time claimant

JOINT REQUEST TO EXTEND STAY AND
ORDER THEREON [PROPOSED]        1

Wei Jie Ma was awaiting sentencing on federal drug trafficking charges, and was scheduled to be sentenced on July 10, 2009. Ma's sentencing has been continued again and is now scheduled for January 15, 2009. Accordingly, the parties jointly request that this matter be stayed an additional six months, until January 29, 2010. Assuming that claimant is sentenced as scheduled, the parties will then ask the court to lift the stay and fully schedule this case.

DATED: July 29, 2009            LAWRENCE G. BROWN
                                Acting United States Attorney

                        By:     /s/ Kristin S. Door
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney
                                Attorney for plaintiff

DATED: July 30, 2009            LAW OFFICES OF HANLON & RIEF

                        By:     /s/ Sara Rief
                                SARA RIEF
                                Attorney for claimants
                                Wei Jie Ma and Cindy Woo

                                (Original signatures
                                maintained by plaintiff)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until January 29, 2010. The scheduling conference scheduled for August 21, 2009, is rescheduled to January 29, 2010. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: August 4, 2009

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE