1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-1290 EJG/GGH |
| Plaintiff, ) | |
| ) | STIPULATION TO EXTEND |
| v. ) | STAY, |
| ) | **ORDER THEREON** |
| APPROXIMATELY $9,000.00 IN U.S. ) | |
| CURRENCY, and ) | |
| ) | |
| APPROXIMATELY $4,580.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | DATE: January 29, 2010 |
| Defendants. ) | TIME: 9:00 a.m. |
| ) | COURTROOM:10 |

Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo submit the following Joint Request to Extend Stay and Order Thereon (Proposed).

On September 17, 2007, the parties submitted a joint request to stay proceedings in this civil action due to criminal charges pending against claimant Ma in this district (one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000 Marijuana Plants." United States v. Wei Jie Ma, et al., 2:07-CR-0025 EJG.  Claimant Wei Jie Ma is now awaiting

sentencing on those charges.  Ma's sentencing has been continued several times, and is now scheduled for June 15, 2010.

Accordingly, the parties jointly request that this matter be stayed an additional six months, until July 30, 2010.  Assuming that claimant is sentenced as scheduled, the parties will then ask the court to lift the stay and fully schedule this case.

DATED: January 12, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                  By:  /s/ Kristin S. Door
                                       KRISTIN S. DOOR
                                       Assistant U.S. Attorney
                                       Attorney for plaintiff

DATED: January 12, 2010                LAW OFFICES OF HANLON & RIEF

                                  By:  /s/ Sara Rief (as authorized
                                       on January 12, 2010)
                                       SARA RIEF
                                       Attorney for claimants
                                       Wei Jie Ma and Cindy Woo

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until July 30, 2010.  The scheduling conference scheduled for January 29, 2010, is rescheduled to July 30, 2010.  A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: January 12, 2010

                                        /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       UNITED STATES DISTRICT JUDGE