1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   2:07-CV-1290 EJG/GGH
                                    )
12         Plaintiff,                )
                                    )   STIPULATION TO EXTEND
13    v.                             )   STAY,
                                    )   **ORDER THEREON** &
14 APPROXIMATELY $9,000.00 IN U.S.  )
   CURRENCY, and                    )   AS MODIFIED
15                                  )
   APPROXIMATELY $4,580.00 IN U.S.  )
16 CURRENCY,                        )
                                    )   DATE: July 30, 2010
17         Defendants.                )   TIME: 9:00 a.m.
                                    )   COURTROOM:10
18

19      Plaintiff United States of America and claimants Wei Jie Ma

20 and Cindy Woo submit the following Joint Request to Extend Stay

21 and Order Thereon (Proposed).

22      On September 17, 2007, the parties submitted a joint request

23 to stay proceedings in this civil action due to criminal charges

24 pending against claimant Ma in this district (one count of

25 "Conspiracy to Manufacture and Possess with Intent to Distribute

26 at Least 1,000 Marijuana Plants," and one count of "Manufacturing

27 at Least 1,000 Marijuana Plants." <u>United States v. Wei Jie Ma</u>,

28 et al., 2:07-CR-0025 EJG.  Claimant Wei Jie Ma is now awaiting

sentencing on those charges.  Ma's sentencing has been continued several times, and is now scheduled on September 24, 2010.

Accordingly, the parties jointly request that this matter be stayed an additional six months, until January 30, 2011. Assuming that claimant is sentenced as scheduled, the parties will then ask the court to lift the stay and fully schedule this case.

DATED: July 14, 2010                 BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Kristin S. Door
                                     KRISTIN S. DOOR
                                     Assistant U.S. Attorney
                                     Attorney for plaintiff


DATED: July 15, 2010                 LAW OFFICES OF HANLON & RIEF

                                By:  /s/ Stuart Hanlon
                                     (As authorized on 7/15/10)
                                     STUART HANLON
                                     Attorney for claimants
                                     Wei Jie Ma and Cindy Woo

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until January 30, 2011.  The scheduling conference scheduled for July 30, 2010, is rescheduled to January 28, 2011, at 10 am.  A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: July 20, 2010

                                     /s/ Edward J. Garcia
                                     EDWARD J. GARCIA
                                     UNITED STATES DISTRICT JUDGE