1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

**FILED**



JAN 20 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )  2:07-CV-1290 EJG/GGH
                                        )
12 |         Plaintiff,                 )
                                        )  STIPULATION TO EXTEND
13 |    v.                              )  STAY,
                                        )  **ORDER THEREON** [PROPOSED]
14 | APPROXIMATELY $9,000.00 IN U.S.    )
     CURRENCY, and                      )
15 |                                    )    $\mathcal{O}/\boxed{\to}^{0}$
     APPROXIMATELY $4,580.00 IN U.S.    )
16 | CURRENCY,                          )
                                        )  DATE: January 28, 2011
17 |         Defendants.                )  TIME: 10:00 a.m.
   |_____)  COURTROOM:8

18

19      Plaintiff United States of America and claimants Wei Jie Ma

20 and Cindy Woo submit the following Joint Request to Extend Stay

21 and Order Thereon (Proposed).

22      On September 17, 2007, the parties submitted a joint request

23 to stay proceedings in this civil action due to criminal charges

24 pending against claimant Ma in this district (one count of

25 "Conspiracy to Manufacture and Possess with Intent to Distribute

26 at Least 1,000 Marijuana Plants," and one count of "Manufacturing

27 at Least 1,000 Marijuana Plants." United States v. Wei Jie Ma,

28 et al., 2:07-CR-0025 EJG. Sentencing on those charges is pending

        JOINT REQUEST TO EXTEND STAY AND
        ORDER THEREON [PROPOSED]      1

1 | regarding Claimant Wei Jie Ma.

2 |     Accordingly, the parties jointly request that this matter be
3 | stayed an additional six months, until July 29, 2011.  Assuming
4 | that claimant will be sentenced during this time frame, the
5 | parties will then ask the court to lift the stay and fully
6 | schedule this case.

7 | DATED: __January 11, 2011__          BENJAMIN B. WAGNER
                                      United States Attorney

8 |

9 |                             By:   __/s/ Kelli L. Taylor__
                                  KELLI L. TAYLOR
                                  Assistant U.S. Attorney

10 |                                   Attorney for plaintiff

11 |

12 | DATED:__ 1-11-11 ____           LAW OFFICES OF HANLON & RIEF

13 |

14 |                             By:   __/s/ Stuart Hanlon____
                                  (As authorized on 1/11/11)
                                  STUART HANLON

15 |                                   Attorney for claimants
                                  Wei Jie Ma and Cindy Woo

16 |

17 |                            **ORDER**

18 |     For the reasons set forth above, this matter is stayed
19 | pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C.
20 | § 881(i) until July 29, 2011.  The scheduling conference
21 | scheduled for January 28, 2011, is rescheduled to
22 | __July 29__, 2011.  A joint status report is to be filed
23 | fourteen days prior to the hearing.

24 | IT IS SO ORDERED.

25 | Dated: __1/19/11__

26 |                                   EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

27 |

28 |

         JOINT REQUEST TO EXTEND STAY AND
         ORDER THEREON [PROPOSED]    2