```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $9,000.00 IN U.S. ) <br> CURRENCY, and ) <br> ) <br> APPROXIMATELY $4,580.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:07-CV-01290 EJG-GGH <br><br> STIPULATION TO EXTEND <br> STAY, ORDER THEREON <br><br><br><br><br> DATE: July 29, 2011 <br> TIME: 10:00 a.m. <br> COURTROOM: 8 |

    Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo submit the following Stipulation to Extend Stay and Order Thereon (Proposed).

    On September 17, 2007, the parties submitted a joint request to stay proceedings in this civil action due to criminal charges pending against Claimant Wei Jie Ma in this district, to wit: one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000 Marijuana Plants." <u>United States v. Wei Jie Ma</u>, et al., 2:07-CR-0025 EJG. Sentencing on those

charges is currently pending with respect to Claimant Wei Jie Ma.

Accordingly, the parties jointly request that this matter be stayed an additional six months, until January 27, 2012. Assuming that claimant will be sentenced during this time frame, the parties will then ask the court to lift the stay and fully schedule this case.

DATED:   7/11/11                    BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney


DATED: July 11, 2011                LAW OFFICES OF HANLON & RIEF

                              By:   /s/ Sara Rief
                                    SARA RIEF
                                    Attorney for claimants
                                    Wei Jie Ma and Cindy Woo
                                    (Signature retained by
                                    attorney)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until January 27, 2012.  The scheduling conference scheduled for July 29, 2011, is rescheduled to January 27, 2012, at 10 am.  A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: July 13, 2011

                                     /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge