1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   2:07-CV-1290 EJG/GGH
                                  )
12         Plaintiff,             )
                                  )   STIPULATION TO EXTEND
13      v.                        )   STAY,
                                  )   **ORDER THEREON**
14                                )       ***AS MODIFIED***
   APPROXIMATELY $9,000.00 IN U.S.)
15 CURRENCY, and                  )
                                  )
16 APPROXIMATELY $4,580.00 IN U.S.)
   CURRENCY,                      )
17                                )   DATE: January 27. 2012
           Defendants.            )   TIME: 10:00 a.m.
18 _____)   COURTROOM:8

19
        Plaintiff United States of America and claimants Wei Jie Ma
20
   and Cindy Woo submit the following Joint Request to Extend Stay
21
   and Order Thereon (Proposed).
22
        On September 17, 2007, the parties submitted a joint request
23
   to stay proceedings in this civil action due to criminal charges
24
   pending against claimant Ma in this district (one count of
25
   "Conspiracy to Manufacture and Possess with Intent to Distribute
26
   at Least 1,000 Marijuana Plants," and one count of "Manufacturing
27
   at Least 1,000 Marijuana Plants."  United States v. Wei Jie Ma,
28

        JOINT REQUEST TO EXTEND STAY AND
        ORDER THEREON [PROPOSED]      1

et al., 2:07-CR-0025 EJG.  Claimant Wei Jie Ma is now awaiting sentencing on those charges.  Ma's sentencing has been continued several times, and is now scheduled on June 8, 2012.  Accordingly, the parties jointly request that this matter be stayed an additional six months, until June 30, 2012.  Assuming that claimant is sentenced as scheduled, the parties will then ask the court to lift the stay and fully schedule this case.

DATED:  1-10-12               BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney


DATED:  1-10-12               LAW OFFICES OF HANLON & RIEF

                         By:  /s/ Stuart Hanlon
                              STUART HANLON
                              Attorney for claimants
                              Wei Jie Ma and Cindy Woo

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until June 29*, 2012.  The scheduling conference scheduled for January 27, 2012, is rescheduled to June 29*, 2012.  A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: January 17, 2012

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE