1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone: (916) 554-2700

5 Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )      2:07-CV-1290 EJG/GGH
                                      )
12           Plaintiff,               )
                                      )      STIPULATION TO EXTEND
13      v.                            )      STAY,
                                      )      **ORDER THEREON**
14                                    )          *__AS MODIFIED__*
   APPROXIMATELY $9,000.00 IN U.S.    )
15 CURRENCY, and                      )
                                      )
16 APPROXIMATELY $4,580.00 IN U.S.    )
   CURRENCY,                          )
17                                    )      DATE: January 27. 2012
           Defendants.               )      TIME: 10:00 a.m.
18 _____ )      COURTROOM:8

19

20      Plaintiff United States of America and claimants Wei Jie Ma

21 and Cindy Woo submit the following Joint Request to Extend Stay

22 and Order Thereon (Proposed).

23      On September 17, 2007, the parties submitted a joint request

24 to stay proceedings in this civil action due to criminal charges

25 pending against claimant Ma in this district (one count of

26 "Conspiracy to Manufacture and Possess with Intent to Distribute

27 at Least 1,000 Marijuana Plants," and one count of "Manufacturing

28 at Least 1,000 Marijuana Plants."  United States v. Wei Jie Ma,

        JOINT REQUEST TO EXTEND STAY AND
        ORDER THEREON [PROPOSED]        1

1   et al., 2:07-CR-0025 EJG.  Claimant Wei Jie Ma is now awaiting

2   sentencing on those charges.  Ma's sentencing has been continued

3   several times, and is now scheduled on June 8, 2012.

4   Accordingly, the parties jointly request that this matter be

5   stayed an additional six months, until June 30, 2012.  Assuming

6   that claimant is sentenced as scheduled, the parties will then

7   ask the court to lift the stay and fully schedule this case.

8   DATED:  1-10-12                      BENJAMIN B. WAGNER
                                        United States Attorney
9
                                 By:   /s/ Kevin C. Khasigian
10                                     KEVIN C. KHASIGIAN
                                       Assistant U.S. Attorney
11

12

13  DATED:  1-10-12                      LAW OFFICES OF HANLON & RIEF

14
                                 By:   /s/ Stuart Hanlon
15                                     STUART HANLON
                                       Attorney for claimants
16                                     Wei Jie Ma and Cindy Woo

17
                                **ORDER**
18
        For the reasons set forth above, this matter is stayed
19
    pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C.
20
    § 881(i) until June 29*, 2012.  The scheduling conference
21
    scheduled for January 27, 2012, is rescheduled to June 29*, 2012.
22
    A joint status report is to be filed fourteen days prior to the
23
    hearing.
24
    IT IS SO ORDERED.
25
    Dated: January 17, 2012
26
                                       /s/ Edward J. Garcia
27                                     EDWARD J. GARCIA
                                       UNITED STATES DISTRICT JUDGE
28