BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-1290 EJG/GGH |
| Plaintiff, ) | |
| v. ) | STIPULATION TO EXTEND STAY, |
| ) | **ORDER THEREON** |
| APPROXIMATELY $9,000.00 IN U.S. CURRENCY, and ) | |
| APPROXIMATELY $4,580.00 IN U.S. CURRENCY, ) | |
| ) | DATE: June 29. 2012 |
| Defendants. ) | TIME: 10:00 a.m. |
| ) | COURTROOM:8 |

Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo submit the following Joint Request to Extend Stay and Order Thereon (Proposed).

On September 17, 2007, the parties submitted a joint request to stay proceedings in this civil action due to criminal charges pending against claimant Ma in this district (one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000 Marijuana Plants." United States v. Wei Jie Ma, et al., 2:07-CR-0025 EJG.  Claimant Wei Jie Ma is now awaiting

1  sentencing on those charges.  Ma's sentencing has been continued
2  several times, and is now scheduled on January 11, 2013.
3      Accordingly, the parties jointly request that this matter be
4  stayed an additional six months, until January 30, 2013.
5  Assuming that claimant is sentenced as scheduled, the parties
6  will then ask the court to lift the stay and fully schedule this
7  case.

DATED: 6-14-12                           BENJAMIN B. WAGNER
                                         United States Attorney

                                   By:   /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney


DATED: 6-14-12                           LAW OFFICES OF HANLON & RIEF

                                   By:   /s/ Stuart Hanlon
                                         STUART HANLON
                                         Attorney for claimants
                                         Wei Jie Ma and Cindy Woo
                                         (Original signatures retained
                                         by attorney)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until January 30, 2013.  The scheduling conference scheduled for June 29, 2012, is rescheduled to January 25, 2013. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: June 18, 2012
                                         /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         UNITED STATES DISTRICT JUDGE