BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $4,580.00 IN U.S. CURRENCY,<br><br>  Defendants. | 2:07-CV-1290 EJG/GGH<br><br>STIPULATION TO EXTEND STAY, ORDER THEREON [~~PROPOSED~~] (Corrected)<br><br>DATE: January 25, 2013<br>TIME: 10:00 a.m.<br>COURTROOM: 8 |

Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo submit the following Joint Request to Extend Stay and Order Thereon (Proposed).

On September 17, 2007, the parties submitted a joint request to stay proceedings in this civil action due to criminal charges pending against claimant Ma in this district (one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000 Marijuana Plants." United States v. Wei Jie Ma, et al., 2:07-CR-0025 EJG. Claimant Wei Jie Ma is now awaiting sentencing on those charges. Ma's sentencing has been continued several times, and is now scheduled on April 15, 2013.

1

Stipulation to Extend Stay

Accordingly, the parties jointly request that this matter be stayed an additional six months, until June 28, 2013.  Assuming that claimant is sentenced as scheduled, the parties will then ask the court to lift the stay and fully schedule this case.

DATED:  1/10/13               BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney


DATED:  1/10/13               LAW OFFICES OF HANLON & RIEF

                         By:  /s/ Stuart Hanlon
                              STUART HANLON
                              Attorney for claimants
                              Wei Jie Ma and Cindy Woo
                              (Authorized via email 1/10/13)

### ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until June 28, 2013.  The scheduling conference scheduled for January 25, 2013, is rescheduled to **July 22, 2013 at 2:00 p.m**. in Courtroom 5, 14th Floor, before Judge William B Shubb.  A Joint Status Report shall be filed no later than **July 8, 2013**.

IT IS SO ORDERED.

Dated:  January 14, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE