1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | 2:07-CV-1290-WBS-DAD |
| 12         Plaintiff, | |
| 13     v. | |
| 14  APPROXIMATELY $9,000.00 IN U.S. CURRENCY, and | STIPULATION TO EXTEND STAY, ORDER THEREON [PROPOSED] |
| 15  APPROXIMATELY $4,580.00 IN U.S. CURRENCY, | |
| 16  | DATE: July 22, 2013 TIME: 10:00 a.m. |
| 17         Defendants. | COURTROOM: 8 |

18

19     Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo

20  submit the following Joint Request to Extend Stay and Order Thereon (Proposed).

21     On September 17, 2007, the parties submitted a joint request to stay proceedings

22  in this civil action due to criminal charges pending against claimant Ma in this district

23  (one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at

24  Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000

25  Marijuana Plants."  United States v. Wei Jie Ma, et al., 2:07-CR-0025 EJG.  Claimant

26  Wei Jie Ma is now awaiting sentencing on those charges.  Ma's sentencing has been

27  continued several times, and is now scheduled on August 12, 2013.

28

Accordingly, the parties jointly request that this matter be stayed an additional 90 days, until September 27, 2013. Assuming that claimant is sentenced as scheduled, the parties will then ask the court to lift the stay and fully schedule this case.

DATED: 7/3/13     BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

DATED: 7/3/13     LAW OFFICES OF HANLON & RIEF

By: /s/ Stuart Hanlon
STUART HANLON
Attorney for claimants
Wei Jie Ma and Cindy Woo
(Authorized via email 7/3/13)

## ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until September 27, 2013. The scheduling conference scheduled for July 22, 2013, is rescheduled to September 30, 2013. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: July 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE