BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CV-1290-WBS-DAD |
| Plaintiff, | |
| v. | |
| APPROXIMATELY $9,000.00 IN U.S. CURRENCY, and | STIPULATION TO EXTEND STAY, ORDER THEREON |
| APPROXIMATELY $4,580.00 IN U.S. CURRENCY, | DATE: September 30, 2013<br>TIME: 10:00 a.m.<br>COURTROOM: 5 |
| Defendants. | |

Plaintiff United States of America and claimants Wei Jie Ma and Cindy Woo submit the following Joint Request to Extend Stay and Order Thereon (Proposed).

On September 17, 2007, the parties submitted a joint request to stay proceedings in this civil action due to criminal charges pending against claimant Ma in this district (one count of "Conspiracy to Manufacture and Possess with Intent to Distribute at Least 1,000 Marijuana Plants," and one count of "Manufacturing at Least 1,000 Marijuana Plants."  United States v. Wei Jie Ma, et al., 2:07-CR-0025 WBS.  Claimant Wei Jie Ma is now awaiting sentencing on those charges.  Ma's sentencing has been continued several times, and is now scheduled on February 10, 2014.

Accordingly, the parties jointly request that this matter be stayed an additional 180 days, until March 14, 2014. Assuming that claimant is sentenced as scheduled, the parties will then ask the court to lift the stay and fully schedule this case.

DATED: 9/16/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

DATED: 9/16/13

LAW OFFICES OF HANLON & RIEF

By: /s/ Stuart Hanlon
STUART HANLON
Attorney for claimants
Wei Jie Ma and Cindy Woo
(As authorized via email 9/16/13)

## ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until March 14, 2014. The scheduling conference scheduled for September 30, 2013, is rescheduled to March 17, 2014, a 2:00 p.m. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: September 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE