1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:07-CV-01290-WBS-DAD

12          Plaintiff,

13      v.                                       STIPULATION AND [~~PROPOSED~~]
                                                 ORDER TO EXTEND DEADLINE TO
14  APPROXIMATELY $9,000.00 IN U.S.              FILE JOINT STATUS REPORT
    CURRENCY, and
15
    APPROXIMATELY $4,580.00 IN U.S.
16  CURRENCY,

17          Defendants.

18

19      The United States and claimants Wei Jei Ma ("Ma") and Cindy Woo ("Woo"),

20  through undersigned counsel, stipulate and request the Court continue the deadline to

21  file a Joint Status Report from September 1, 2014 to November 28, 2014.

22      On June 29, 2007, the United States filed a civil forfeiture complaint against the

23  above-captioned currency ("defendant currency") based on its alleged involvement in

24  federal drug law violations.  All known potential claimants to the defendant properties

25  were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168

26  (2002) and the applicable statutory authority.  Additionally, on July 18, 2007, the United

27  States published notice of this action in The Recorder (San Francisco and San Mateo

28  Counties) and the Inter-City Express (Alameda County), as required by Rule

                                    1

1  G(4)(a)(iv)(A) of Supplemental Rules for Admiralty or Maritime Claims and Asset

2  Forfeiture Actions.

3      On August 1, 2007, Wei Jei Ma and Cindy Woo filed claims alleging an interest in

4  the defendant currency, followed by their answers on August 20, 2007.  No other party

5  has entered this case and the United States has provided notice to all potential claimants

6  pursuant to law.

7      Ma was criminally indicted in a parallel criminal case, *United States v. Wei Jei Ma*,

8  2:07-CR-00025-EJG, and is awaiting sentencing.

9      In light of Ma's pending sentencing, the parties request a continuance of the

10  deadline to file a Joint Status Report from September 1, 2014 to November 28, 2014, or to

11  another date the Court deems appropriate.

12  Dated:  8/28/14                                      BENJAMIN B. WAGNER
                                                         United States Attorney
13

14                                         By:    /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney
15  Dated:  8/27/14

16                                                /s/ Stuart Hanlon
                                                 STUART HANLON
                                                 Attorney for Claimants
17
                                                 (Authorized via email)
18
                                         **ORDER**
19
20      Pursuant to the parties' stipulation, the Court makes the following order:

        The deadline to file a Joint Status Report currently due on September 1, 2014 IS
21
22  CONTINUED to November 28, 2014.  **The Scheduling Conference is continued to**

**December 8, 2014 at 2:00 p.m.**
23
24      **IT IS SO ORDERED.**

**Dated:  August 29, 2014**
25
26                                                 WILLIAM B. SHUBB
                                                   UNITED STATES DISTRICT JUDGE
27
28

                                         2
                                                         Stipulation and [Proposed] Order to Extend the
                                                         Deadline to File a Joint Status Report