BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $4,580.00 IN U.S. CURRENCY,<br><br>          Defendants. | 2:07-CV-01290-WBS-DAD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |

The United States and claimants Wei Jei Ma ("Ma") and Cindy Woo ("Woo"), through undersigned counsel, stipulate and request the Court continue the deadline to file a Joint Status Report from November 28, 2014 to December 19, 2014.

On June 29, 2007, the United States filed a civil forfeiture complaint against the above-captioned currency ("defendant currency") based on its alleged involvement in federal drug law violations.  All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, on July 18, 2007, the United States published notice of this action in The Recorder (San Francisco and San Mateo Counties) and the Inter-City Express (Alameda County), as required by Rule

G(4)(a)(iv)(A) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

On August 1, 2007, Wei Jei Ma and Cindy Woo filed claims alleging an interest in the defendant currency, followed by their answers on August 20, 2007.  No other party has entered this case and the United States has provided notice to all potential claimants pursuant to law.

Ma was criminally indicted in a parallel criminal case, *United States v. Wei Jei Ma*, 2:07-CR-00025-EJG and was recently sentenced on October 6, 2014.

In light of Ma's recent sentencing, the parties request a continuance of the deadline to file a Joint Status Report from November 28, 2014 to December 19, 2014, or to another date the Court deems appropriate.

Dated: 11/28/14

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/28/14

/s/ Stuart Hanlon
STUART HANLON
Attorney for Claimants

(authorized via email)

## ORDER

Pursuant to the parties' stipulation, the Court makes the following order:

The deadline to file a Joint Status Report currently due on November 28, 2014 IS CONTINUED to December 19, 2014.  **The Scheduling Conference is continued to January 5, 2015 at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  December 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE