BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CV-01290-WBS-DAD |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $9,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $4,580.00 IN U.S. CURRENCY, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action against Approximately $9,000.00 in U.S. Currency and Approximately $4,580.00 in U.S. Currency ("defendant currency") seized on or about January 12, 2007.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 29, 2007, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On July 2, 2007, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on July 2, 2007.

4. On July 20, 27, and August 3, 2007, a Public Notice of Posting of the defendant currency appeared by publication in <u>Inter-City Express</u>, a newspaper of

1

general circulation in the county in which the defendant currency was seized (Alameda County).  On July 18, 25, and August 1, 2007, a Public Notice of Posting of the defendant currency appeared by publication in <u>The Recorder</u>, a newspaper of general circulation in the county in which the defendant currency was seized (San Francisco County). Notices of Publication were filed on August 8, 2007.

  5. In addition to the public notice in The Recorder and Inner City Express, actual notice or attempted notice was given to the following individual(s):

    a. Wei Jei Ma

    b. Cindy Woo

  6. Claimants Wei Jei Ma and Cindy Woo filed verified statements alleging their interest in the defendant currency on August 1, 2007, and answers to the complaint on August 20, 2007.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

  1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

  2. Judgment is hereby entered against claimants Wei Jei Ma and Cindy Woo and all other potential claimants who have not filed claims in this action.

  3. Upon entry of this Final Judgment of Forfeiture, $9,000.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

  4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $4,580.00 in U.S. Currency shall be returned to claimants Wei Jei Ma and Cindy Woo, through their attorney Sara Rief.

  5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all

liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. Claimants waived any and all claim or right to interest that may have accrued on the defendant currency.

7. All parties are to bear their own costs and attorneys' fees.

8. The U.S. District Court for the Eastern District of California, Hon. William B. Shubb, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

9. Based upon the allegations set forth in the Complaint filed June 29, 2007, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

SO ORDERED.

Dated: March 9, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE